UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-

    JAHLIL FORD,
                               Defendant,
------------------------------------------------------------X

23 Cr. 107 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       This case has been assigned to me for all purposes. It is hereby **ORDERED** that counsel for all parties shall file by **Thursday, March 2, 2023**, a joint letter via CM/ECF proposing a schedule for discovery, the filing of motions, and three proposed dates for a status conference. The parties also should state whether the parties seek to have the Court exclude time under the Speedy Trial Act between the filing of the order and the pre-trial conference, and the basis for the exclusion.

Dated: February 27, 2023
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**