```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :   23 Cr. 107 (LGS)
                      -against-                             :
                                                            :   ORDER
    JALIL FORD,                                             :
                                             Defendant.     :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The status conference currently scheduled for July 10, 2023, at 10:30 a.m., is adjourned to **July 10, 2023, at 4:10 p.m.**

Dated: July 6, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**