UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                      -against-

   JAHLIL FORD,
                                 Defendant.
------------------------------------------------------------X

23 Cr. 107 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference currently scheduled for October 16, 2023, is adjourned to **October 31, 2023, at 11:00 a.m**.

Dated: October 12, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**