UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      -against-                23 Cr. 107 (LGS)

                                                 ORDER
    JAHLIL FORD,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that status conference previously scheduled for October 30, 2023, is adjourned to **November 27, 2023, at 10:45 a.m.**

Dated: November 1, 2023
       New York, New York

                                                 LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE