```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   UNITED STATES OF AMERICA,                               :
                                                           :
                                                           :           23 Cr. 107 (LGS)
                  -against-                                :
                                                           :           SCHEDULING ORDER
   JALIL FORD,                                             :
                                          Defendant.       :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Jalil Ford's sentencing hearing will be held on **March 11, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **February 20, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **February 23, 2024**.  It is further

**ORDERED** that the November 27, 2023, status conference is CANCELED.

Dated:  November 21, 2023
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**