UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

               -against-

JAHLIL FORD,

                              Defendant.

-------------------------------------------------------- X

23 Cr. 107 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this Court is currently presiding over a criminal trial, which is expected to continue into the week of March 11, 2024.  It is hereby

       **ORDERED** that the sentencing hearing currently scheduled for March 11, 2024, is adjourned to **April 22, 2024, at 11:00 a.m.**

Dated: March 7, 2024
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**