```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                                            :
                                                            :   23 Cr. 107 (LGS)
                        -against-                           :
                                                            :   ORDER
  JAHLIL FORD,                                              :
                                         Defendant.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for April 22, 2024, is adjourned to **May 14, 2024, at 10:00 a.m.**

Dated: April 4, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**