UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                                                                                            :

UNITED STATES OF AMERICA        :

                                                :      **ORDER**

        - v. -                             :

                                                :      23 Cr. 107 (LGS)

JAHLIL FORD,                          :

        Defendant.                 :

------------------------------- x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Barbara C. Moses on November 21, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the plea agreement between the defendant and the Government was transmitted to the District Court; and

WHEREAS, upon review of that transcript, plea agreement, and the record in this case, this Court has determined that Defendant entered his guilty plea knowingly and voluntarily, that Defendant admitted each element of the crime charged, and that the crime charged is supported by an independent factual basis.

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
          April 22, 2024

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**