UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                      23 Cr. 107 (LGS)
              -against-

                                                      <u>ORDER</u>

   JAHLIL FORD,
                                 Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that as soon as possible but no later than 5:00 p.m. today, Defendant shall file or email, if they cannot be publicly filed, any Department of Corrections records showing that Defendant was housed at the Horizon Juvenile Center in connection with his youthful offender cases.

Dated: April 29, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE